UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DANIEL JAMES,

    Plaintiff,

  v.

VIVIAN VAUGHT, BOBBY ROWLAND, STEVEN TRIPP,

    Defendants.

NO. CIV. S- 06-0967 FCD/PAN (JFM)

ORDER

    It appearing to the undersigned, the judge to whom this case is presently assigned for all purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the disqualification of the undersigned;

    IT IS HEREBY ORDERED that:

    1.    The undersigned recuses himself as the judge to whom this case is assigned;

    2.    All currently scheduled dates in the above-captioned action are **VACATED**; and

    3.    Attached is the scheduling order before the newly assigned judge.

    IT IS SO ORDERED.

DATED: June 12, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT COURT

1
2
3
4   This case is reassigned to United States District Judge William B. Shubb.
5           IT IS SO ORDERED.
6   DATED: 6/15/2006
7
8
9                                           _____
                                            DAVID F. LEVI
10                                          Chief United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28