IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
DANIEL JAMES,                    )
                                 )      2:06-cv-967-GEB-DAD
              Plaintiff,         )
                                 )
     v.                          )      ORDER
                                 )
BOBBIE ROWLANDS; STEVEN TRIPP, and )
VIVIAN VAUGHT,                   )
                                 )
              Defendants.        )
_____)
```

       On July 12, 2007, Plaintiff's attorney filed a motion in which he seeks an order allowing him to withdraw as counsel of record for Plaintiff.  The motion is being considered in the wake of an August 22, 2007 discovery completion date prescribed in the Rule 16 Status (Pretrial Scheduling) Order issued September 14, 2006, and Defendants' pending motion for summary judgment, which was filed on September 7, 2007.  A hearing was held on the motion to withdraw on September 10, 2007.[1]

---

[1] Plaintiff argued at the hearing that he is on the brink of retaining new counsel, but that lawyer will not be able to represent him until some time in November 2007; Plaintiff also argued he has not been served with a copy of Defendants' pending summary judgment motion.  In light of Plaintiff's representations, which have not been convincingly
(continued...)

1

<u>MOTION TO WITHDRAW AS ATTORNEY</u>

Because of the various disputes between Plaintiff and his attorney, Plaintiff's attorney's motion to withdraw is granted. Accordingly, attorney Herman Franck is relieved as counsel for Plaintiff. Therefore, Plaintiff is representing himself in propria persona and may be served and contacted as follows:

> Daniel James
> 6001 Brett Drive
> Sacramento, CA 95842
> (916) 339-9590 (home)
> (916) 289-3146 (cell)
> (916) 339-9565 (fax)

<u>AMENDMENT TO STATUS (PRETRIAL SCHEDULING) ORDER</u>

The Rule 16 Status (Pretrial Scheduling) Order is amended as follows:

> The discovery completion date is March 19, 2008.
> The last hearing date for motions is May 19, 2008.
> The Final Pretrial Conference is scheduled for 1:30 p.m. on July 7, 2008.
> Trial is scheduled to commence at 9:00 a.m. on October 7, 2008.

///
///
///
///

---

[1](...continued)
opposed, and since Defendants did not appear at the hearing, it is presumed Defendants acquiesce in the below order.

## MOTION FOR SUMMARY JUDGMENT

Defendants' motion for summary judgment filed September 7, 2007 is deemed withdrawn, but may be renoticed.[2]

IT IS SO ORDERED.

Dated: September 17, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] At the hearing, pro se Plaintiff James requested that he be provided more time to respond to the motion since he had not been served with a copy of it.

3