IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL JAMES,

      Plaintiff,                    No. CIV S-06-0967 GEB DAD

    v.

VIVIAN VAUGHT, et al.,

      Defendants.                <u>ORDER</u>

_____/

        This matter came before the court on February 15, 2008, for hearing on plaintiff's motion to compel further discovery responses. Plaintiff, who is proceeding pro se at this time, appeared on his own behalf. Michael Jamison, Deputy County Counsel for Nevada County, appeared on behalf of all defendants.

        The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

        1. Plaintiff's January 25, 2008 motion to compel defendants to produce documents and answer interrogatories is granted in part and denied in part.

        2. Plaintiff's motion to compel further responses to the Request to Identify and Produce Documents served June 19, 2007 is denied except with regard to Request Nos. 4, 9, and

10. As soon as possible, but not later than thirty days after February 15, 2008, defendants shall serve supplemental responses to Request Nos. 4, 9, and 10 as discussed in court.

3. Plaintiff's motion to compel further responses to the Interrogatories served August 3, 2007 is granted. Within thirty days after February 15, 2008, defendants shall serve supplemental responses to all interrogatories previously construed as exceeding the limit agreed upon by the parties, along with supplemental responses, if appropriate, to any interrogatories to which defendants' previous responses consisted solely of objections.

4. Plaintiff's request for sanctions is denied.

DATED: February 15, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/james0967.oah.mtc