1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DANIEL JAMES,

11          Plaintiff,                      No. CIV S-06-0967 GEB DAD

12      v.

13  VIVIAN VAUGHT, et al.,

14          Defendants.            ORDER

15  _____/

16          Plaintiff, currently proceeding pro se, has filed a motion to compel defendants to

17  comply with an order filed by the undersigned on February 19, 2008. Plaintiff has noticed his

18  motion for hearing on April 11, 2008.

19          The discovery completion deadline for this case is March 19, 2008. Order filed

20  Sept. 18, 2007, at 2. Discovery completion

21          means that all discovery shall have been conducted so that . . . any
            disputes relative to discovery shall have been resolved by
22          appropriate orders, if necessary, and where discovery has been
            ordered, the order has been complied with, or alternatively, the
23          time allowed for such compliance shall have expired.

24  Status (Pretrial Scheduling) Order filed Sept. 15, 2006, at 1-2. Plaintiff's motion to compel

25  cannot be resolved by appropriate orders and complied with on or before the discovery

26  completion date of March 19, 2008.

1

1    The undersigned is aware of plaintiff's concurrent motion seeking enlargement of
2 time for discovery and to "quash" defendants' pending motion for summary judgment.  Plaintiff
3 noticed his concurrent motion for hearing before the assigned district judge on April 7, 2008, just
4 four days before the date set for hearing of the untimely motion to compel.  It would have been
5 impossible for the parties to comply with the requirements of Local Rule 37-251 prior to April
6 11, 2008, even if the district judge heard plaintiff's motion for enlargement of discovery on April
7 7, 2008, and granted it.  The scheduling problem is moot, however, as the district judge has
8 vacated plaintiff's motion for enlargement of time and to quash, due to plaintiff's failure to
9 comply with the notice requirements of the Local Rules.

10    IT IS ORDERED that plaintiff's March 17, 2008 motion to compel (docket #47)
11 is denied as untimely.

12 DATED: March 19, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/james0967.untimelymtc.den

2